In re SANDROCK'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. June 12, 1907.) In the matter of the estate of

Anastasia Sandrock, deceased. No opinion. Decree and order of Surrogate's Court (99 N. Y. Supp. 497) affirmed, with one bill of costs to the respondents, other than the incompetent, Ralph Sandrock, against the appellant personally; the costs of the special guardian of said incompetent to be fixed by the surrogate and paid out of the estate.